**Lionel E. WOOLLEN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 38960.**

Missouri Court of Appeals,
Western District.

Sept. 1, 1987.

Robert G. Duncan, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jeffrey Philip Dix, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and
PRITCHARD and CLARK, JJ.

ORDER

**PER CURIAM:**

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed.   Rule 84.16(b).